Please be seated, thank you. Clerk, please call the first case this morning. 119-762-3C, Wariya Hawley v. Stroudley, Sr. Counsel? Good morning, Your Honors. Good morning. C-625, Petitioner Wariya Hawley. Previously last week, I filed a motion to withdraw, which was denied. Ms. Hawley has unequivocally stated that she does not want me representing her here. What's that? Ms. Hawley has stated that she does not want me representing her here. I am happy to argue the case, but for now I will stay present unless you tell me that I must. Well, you're still counsel of record because the motion was denied. Correct. Well, the Court doesn't appreciate the filing of a motion to withdraw six days or less before oral argument. The reason for normally motions withdraw seemingly are granted, of course, but not when they interfere with the progress of the case. And that was the reason for this denial of this motion. Okay? Now, ma'am, would you like to have Mr. Sachs proceed with the argument in this matter this morning? Okay. Then in that event, we are going to grant the motion to withdraw. You'll have 21 days to find other counsel, and the case will be continued. Thank you. Good luck, counsel. Do you have anything you'd like to say? Well, Your Honor, Justice, this is Patrick Woodson of Chicago Youth Centers. Yes. I would object to the continuance, as Your Honor points out. Who would you like to argue? Ms. Hawley? Your Honor, I mean. Counsel, don't object when you shouldn't. It's not well appreciated.  Your objection is so noted. Thank you. Thank you. Okay. If you had a question. No? Okay. For the record, as counsel, even for this case, will note that we are missing one justice, Justice John Barberos. Due to conflict, scheduling conflict, he is unable to be with this court for this session, but he's a fully participating member, has fully participated in the motions in this case, as well as will be a fully participating member in all cases coming before this court this week in our session. Do I have the benefits of oral argument in all the recordings of the cases as well as the written briefs?